O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-0622 AHM (Ex) | Date | June 10, 2010 |
|---|---|---|---|
| Title | HSBC BANK USA, *et al*. v. HUGO R MAZARIEGOS, *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:** IN CHAMBERS (No Proceedings Held)

By order dated May 28, 2010, the Court ordered Defendants to show cause by not later than June 8, 2010, why the Court should not remand this action for lack of removal jurisdiction. The Court cautioned Defendants that "[f]ailure to respond on or before that date will be construed as consent to remand." Defendants nevertheless failed to timely file a response to the order to show cause.

Good cause appearing therefor, the Court hereby REMANDS the case for lack of jurisdiction.

                                                                                 :

Initials of Preparer      SMO

**JS-6**